# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-05-00575-CR
NO. 03-05-00576-CR

**Marvin Wayne Carter, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NOS. 57670 & 57671, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

# MEMORANDUM OPINION

Appellant Marvin Wayne Carter pleaded guilty to two indictments accusing him of felony driving while intoxicated. *See* Tex. Pen. Code Ann. § 49.04(a) (West 2003), § 49.09(b)(2) (West Supp. 2005). The district court adjudged him guilty and assessed punishment in each cause at ten years' imprisonment.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex.

Crim. App. 1969). Appellant received a copy of counsel's brief and was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel's brief and agree that the appeals are frivolous and without merit. We find nothing in the records that might arguably support the appeals. Counsel's motions to withdraw are granted.

The judgments of conviction are affirmed.

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Affirmed

Filed: January 12, 2006

Do Not Publish